Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 08-76559

Attorneys for Movant,
U.S. BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ALAN JAY BARON,<br><br>Debtor.<br><br>U.S. BANK, N.A.,<br><br>Movant,<br><br>vs.<br><br>ALAN JAY BARON, Debtor; ELIZABETH F. ROJAS, Trustee,<br><br>Respondents. | Case No.: 1:08-16222-KT<br><br>Chapter 13<br><br>**AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**New Hearing Date –**<br>Date: **October 23, 2008**<br>Time: 9:30 A.M.<br>Place: U.S. BANKRUPTCY COURT,<br>       21041 Burbank Boulevard,<br>       Woodland Hills, CA 91367<br>**Courtroom 301** |

TO DEBTOR, ALAN JAY BARON, DEBTOR'S COUNSEL, VAHAK PAPASIAN, THE CHAPTER 13 TRUSTEE, ELIZABETH F. ROJAS, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Movant U.S. BANK, N.A.'s Notice of Motion and Motion for Relief from Automatic Stay that was previously noticed for October 2, 2008, will be now be held in **Courtroom 301** on **October 23, 2008**, at 9:30 A.M., in the U.S. BANKRUPTCY

1

1 | COURT, 21041 Burbank Boulevard, Woodland Hills, CA 91367, Courtroom 301, before the
2 | Hon. Kathleen Thompson.

                    MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: 9/17/08       By:   /s/ Mark T. Domeyer
                                  Mark T. Domeyer, Esq.
                                  Attorney for Movant

08-76559/cdmisc.dot/rma

# PROOF OF SERVICE

I, __Miho Ishida__, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 1665 Scenic Avenue, Suite 200, Costa Mesa, CA 92626.

On __9/18/08__, I served the within **AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Costa Mesa, California, addressed as follows:

DEBTOR:
Alan Jay Baron
29711 Harvester Road
Malibu, CA 90265

ATTORNEY FOR DEBTOR:
Vahak Papasian
21031 Ventura Blvd. St. 315
Woodland Hills, CA 91364

CHAPTER 13 TRUSTEE:
Elizabeth F. Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403

U.S. TRUSTEE:
United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

I certify that I am employed in the Office of a Member of the Bar at whose direction the Service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __9/18/08__, at Costa Mesa, California.

_____
Miho Ishida

08-76559/cdmisc.dot/rma